# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **YVETTE LOPEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:23-CV-01411-RP** |
| | § | |
| **UNITED STATES POSTAL** | § | |
| **SERVICE,** | § | |
| *Defendant* | | |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

TO:  THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

By the Court's order dated June 6, 2024, Plaintiff Yvette Lopez was ordered to provide a More Definite Statement further outlining her FTCA and civil-rights claims by July 7, 2024. Dkt. 8. That order was mailed to Lopez. Dkt. 9. Lopez's deadline of July 7 has now elapsed, and Lopez has failed to provide a more definite statement. Further, the order that was mailed to Lopez was returned as undeliverable on June 25, 2024. Dkt. 10. Accordingly, the undersigned recommends that Lopez's cause of action be dismissed without prejudice.

## I.    RECOMMENDATION

In accordance with the foregoing discussion, the undersigned **RECOMMENDS** that the District Court **DISMISS WITHOUT PREJUDICE** Lopez's cause of action.

1

## II.    WARNINGS

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen days after the party is served with a copy of the Report shall bar that party from *de novo* review by the District Court of the proposed findings and recommendations in the Report and, except upon grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

SIGNED July 16, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE